**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000
TO COUNSEL:

DATE:   May 15, 2007

RE:   **CV 07-02508 PJH  SECURITIES AND EXCHANGE COMMISSION-v-EDWARD SEWON EHEE**

BANKRUPTCY CASE NUMBER: **07-40126**

    The motion for <u>Withdrawal of Reference</u>  which you recently submitted to this office  has been assigned the above referenced case number.

    Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    *Felicia Reloba*

    by:  <u>Felicia Reloba</u>
    Case Systems Administrator