IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>EDWARD SEWON EHEE,<br><br>        Defendant. | No. C 07-02507SI<br>**C-07-2508, C-07-2509**<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT a status conference will be held on Friday, May 25, 2007, at 2:30 p.m.  Please file a joint statement one week prior to the conference.

Dated: May 16, 2007                                         RICHARD W. WIEKING, Clerk



 

Tracy Sutton
Deputy Clerk