1 | HELANE L. MORRISON (Cal. Bar No. 127752)
  | JOHN S. YUN (Cal. Bar No. 112260)
2 |  yunj@sec.gov
  | ROBERT S. LEACH (Cal Bar No. 196191)
3 |  leachr@sec.gov
  | XAVIER CARLOS VASQUEZ (Cal. Bar No. 194644)
4 |  vasquezc@sec.gov

5 | Attorneys for Plaintiff
  | SECURITIES AND EXCHANGE COMMISSION
6 | 44 Montgomery Street, 26th Floor
  | San Francisco, California 94104
7 | Telephone:  (415) 705-2500

8 |

UNITED STATES DISTRICT COURT

9 |

NORTHERN DISTRICT OF CALIFORNIA

10 |

SAN FRANCISCO DIVISION

11 |

| | |
|---|---|
| 12  SECURITIES AND EXCHANGE COMMISSION, | Case Nos. |
|   | C 07-02507 SI |
| 13       Plaintiff, | C-07-02508 SI |
|   | C 07-02509 SI |
| 14      vs. | |
| 15  EDWARD SEWON EHEE, | CERTIFICATE OF SERVICE |
| 16       Defendant. | |
| 17 | |

18 |     I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to

19 | this action. On May 18, 2007, I served the following documents:

20 |

21 |     **ADMINITRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE**
   |     **RELATED**
22 |

   |     **RELATED CASE ORDER**
23 |

   |     **NOTICE**
24 |

   |     **JOINT STATEMENT FOR STATUS CONFERENCE**
25 |

26 |

27 |

28 |

1    I served true and correct copies via **U.S. MAIL** addressed to the following:

2    Ismail Ramsey, Esq.
     Ramsey & Ehrlich LLP
3    803 Hearst Ave.
     Berkeley, CA 94710
4    Attorney for Defendants Viper Capital Management, LLC,
5    Compass Fund Management, LLC, and Edward Sewon Ehee and
     Relief Defendants Compass West Fund, LP, Viper Founders Fund, LP and Viper Investments,
6    L.P.

7    Albert Ehee
     8449 Canterberry Dr.
8    Burr Ridge , IL 60527
     Pro se relief defendant
9
     Jennifer Ehee
10   6122 Acacia Ave.
     Oakland, CA 94618
11   Pro se relief defendant

12   Thomas B. Mayhew
     Farella Braun & Martel
13   235 Montgomery St., 30th Floor
     San Francisco, Ca 94104
14   Attorney for Relief Defendant Robert Ehee

15   Arthur Greenspan, Esq.
     Richards, Kibbe & Orbe LLP
16   One World Financial Center
     New York, NY 10281
17   Attorney for Relief Defendant Robert Ehee

18   James D. Wood
     Law Offices of James D. Wood
19   3675 Mt. Diablo Blvd., #250
     Lafayette, CA 94549-3775
20   Counsel for Debtor Edward Sewon Ehee

21   Christopher M. Desiderio
     Nixon Peabody LLP
22   437 Madison Ave.
     New York, NY 10022-7001
23   Counsel for Petitioning Creditor Roosevelt Fund, L.P.

24   James S. Monroe
     Law Offices of Nixon Peabody
25   2 Embarcadero Center #2700
     San Francisco, Ca 94111-3996
26   Counsel for Petitioning Creditor Roosevelt Fund, L.P.

27

28

- 2 -

1  Richard C. Pedone
   Nixon Peabody LLP
2  100 Summer St.
   Boston, MA 02110-2131
3  Counsel for Petitioning Creditor Roosevelt Fund, L.P.

4  Alan Steven Wolf
   Daniel K. Fujimoto
5  Th Wolf Law Firm
   38 Corporate Park
6  Irvine, CA 92606
   Attorney for Creditor EMC Mortgage Corporation
7
   Laurent Chen
8  Office of the U.S. Trustee
   1301 Clay St.
9  Oakland, CA 94612

10 eCast Settlement Corporation
   P.O. Box 35480
11 Newark, NJ 07193-5480

12 Reidun Stromsheim
   Law Offices of Reidun Stromsheim
13 201 California St., Ste. 350
   San Francisco, CA 94111
14 Counsel for Trustee Lois I. Brady

15

16 I declare under penalty of perjury that the foregoing is true and correct.

17 Executed at San Francisco, California on May 18, 2007.

18

19

20 _Janet L. Johnston_
   Janet L. Johnston
21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. C 06-6966