| | |
|---|---|
| HELANE L. MORRISON (Cal. Bar No. 127752)<br>JOHN S. YUN (Cal. Bar No. 112260)<br>  yunj@sec.gov<br>ROBERT S. LEACH (Cal Bar No. 196191)<br>  leachr@sec.gov<br>XAVIER CARLOS VASQUEZ (Cal. Bar No. 194644)<br>  vasquezc@sec.gov<br><br>Attorneys for Plaintiff<br>SECURITIES AND EXCHANGE COMMISSION<br>44 Montgomery Street, 26th Floor<br>San Francisco, California 94104<br>Telephone: (415) 705-2500 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>VIPER CAPITAL MANAGEMENT, LLC,<br>COMPASS CAPITAL MANAGEMENT, LLC, and<br>EDWARD SEWON EHEE,<br><br>        Defendants,<br><br>    and<br><br>COMPASS WEST FUND, LP, VIPER FOUNDERS<br>FUND, LP, VIPER INVESTMENTS, ALBERT<br>EHEE, ROBERT EHEE and JENNIFER EHEE,<br><br>        Relief Defendants. | Civil Action No.<br>C-06-6966-SI<br><br>(Related to Case Nos.<br>C 07-02507 SI<br>C-07-02508 SI<br>C 07-02509 SI)<br><br>CERTIFICATE OF SERVICE |

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to this action. On June 15, 2007, I served the following documents:

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO WITHDRAW BANKRUPTCY REFERENCE**

I served true and correct copies via **U.S. MAIL** addressed to the following:

Ismail Ramsey, Esq.
Ramsey & Ehrlich LLP
803 Hearst Ave.
Berkeley, CA 94710
Attorney for Defendants Viper Capital Management, LLC,
Compass Fund Management, LLC, and Edward Sewon Ehee and
Relief Defendants Compass West Fund, LP, Viper Founders Fund, LP and Viper Investments, L.P.

Albert Ehee
8449 Canterberry Dr.
Burr Ridge, IL 60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618-1819
Pro se relief defendant

Thomas B. Mayhew, Esq.
Farella Braun & Martel
235 Montgomery St., 30th Floor
San Francisco, Ca 94104-3117
Attorney for Relief Defendant Robert Ehee

Arthur S. Greenspan, Esq.
Richards, Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281-1098
Attorney for Relief Defendant Robert Ehee

James D. Wood
Attorney at Law
3675 Mt. Diablo Blvd., Suite 250
Lafayette, CA 94549-3775
Counsel for Debtor Edward Sewon Ehee

Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Ave.
New York, NY 10022-7001
Counsel for Petitioning Creditor Roosevelt Fund, L.P.

James S. Monroe, Esq.
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, Ca 94111-3996
Counsel for Petitioning Creditor Roosevelt Fund, L.P.

| | |
|---|---|
| 1 | Richard C. Pedone, Esq.<br>Nixon Peabody LLP |
| 2 | 100 Summer St.<br>Boston, MA 02110-2131 |
| 3 | Counsel for Petitioning Creditor Roosevelt Fund, L.P. |
| 4 | Alan Steven Wolf, Esq.<br>Daniel K. Fujimoto, Esq. |
| 5 | The Wolf Law Firm<br>38 Corporate Park |
| 6 | Irvine, CA 92606-5105<br>Attorney for Creditor EMC Mortgage Corporation |
| 7 | |
| 8 | Laurent Chen, Esq.<br>U.S. Dept. of Justice<br>Office of the U.S. Trustee |
| 9 | 1301 Clay St., Suite 690n<br>Oakland, CA 94612-5231 |
| 10 | |
| 11 | eCast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480 |
| 12 | Request for Special Notice in Bankruptcy Case |
| 13 | Eliot A. Adelson<br>Kirkland & Ellis LLP |
| 14 | 555 California St.<br>San Francisco, CA 94104 |
| 15 | Counsel for Messrs. Bradford and Garman |
| 16 | Reidun Stromsheim<br>Law Offices of Reidun Stromsheim |
| 17 | 201 California St., Ste. 350<br>San Francisco, CA 94111-5936 |
| 18 | Counsel for Trustee Lois I. Brady |
| 19 | |
| 20 | USBC Manager<br>United States Bankruptcy Court |
| 21 | 1300 Clay Street<br>P.O. Box 2070 |
| 22 | Oakland, CA 94612-2070 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE
Case No. C 06-6966

| | |
|---|---|
| 1 | Judge Leslie Tchaikovsky |
| 2 | United States Bankruptcy Court |
|   | 1300 Clay Street |
| 3 | P.O. Box 2070 |
| 4 | Oakland, CA  94612-2070 |
| 5 | Gilbert B. Weisman |
|   | Becket and Lee |
| 6 | P.O. Box 3001 |
| 7 | Malvern, PA  19355-0701 |
|   | Request for special notice in bankruptcy case 07-40126T |
| 8 | |
|   | Betty Ferrero |
| 9 | 800 Mainberry Drive. #505 |
| 10 | Madera, CA  93637-3325 |
|   | Unsecured creditor list |
| 11 | |
|   | Richard Garman |
| 12 | 1 Madrona Street |
| 13 | Belvedere, CA  94920 |
|   | Unsecured creditor list |
| 14 | |
|   | Tae Noh |
| 15 | 6594 Gillis Drive |
|   | San Jose, CA  95120-4625 |
| 16 | Unsecured creditor list |
| 17 | |
|   | Ozcar Multi Strategies LLC |
| 18 | 787 Seventh Avenue, 3rd Floor |
|   | New York, NY  10019-6146 |
| 19 | Unsecured creditor list |
| 20 | |
|   | Labor Commissioner |
| 21 | 1515 Clay St., Room 801 |
|   | Oakland, CA  94612-1463 |
| 22 | Gov. agency listed in all bankruptcy cases |
| 23 | |
|   | U.S. Attorney |
| 24 | Civil Division |
|   | 450 Golden Gate Ave. |
| 25 | San Francisco, CA  94102-3495 |
| 26 | Gov. agency listed in all bankruptcy cases |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE
Case No. C 06-6966

1  State Board of Equalization
   Collection Dept.
2  P.O. Box 942879-0001
   Sacramento, CA 94279-0001
3

4  I declare under penalty of perjury that the foregoing is true and correct.

5  Executed at San Francisco, California on June 15, 2007.

*Janet L. Johnston* (signature)
Janet L. Johnston