James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-Mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, *et al.*<br><br>Defendants.<br><br>AND RELATED ACTIONS | No. C 06-6966 SI<br><br>(Related Case Nos. C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI)<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br>**EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION (ORIGINALLY FILED WITH U.S. BANKRUPTCY COURT ON JUNE 11, 2007)**<br><br>Date:     July 13, 2007<br>Time:    9:00 A.M.<br>Place:    450 Golden Gate Ave.<br>            San Francisco, CA<br>            Courtroom 10<br>Judge:   Hon. Susan Illston |

The undersigned hereby refiles the attached document originally filed with the U.S. Bankruptcy Court N.D. Cal. on June 11, 2007.

DATED: June 26, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for Debtor EDWARD S. EHEE

EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING
FILING OF HOMESTEAD, No. C 06-6966 SI

1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California  94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4
   Attorney for Debtor Edward S. Ehee
5

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 07-40126T |
| EDWARD SEWON EHEE, | (Involuntary Chapter 7) |
| Debtor. | EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION |
| | Hearing: |
| | Date:   July 5, 2007
Time:  3:00 P.M.
Place:  1300 Clay Street
          Oakland, CA
          Courtroom 201
Judge: Hon. Leslie J. Tchaikovsky |

EDWARD SEWON EHEE ("Ehee"), moves as follows:

**RELIEF REQUESTED**

By this Motion, Ehee, the debtor in the above-referenced case, requests entry of an order:

1. Authorizing he and/or his wife to record a homestead declaration pursuant

    to California Code of Civil Procedure Sects. 704.910-704.995 in reference

    to that certain real property commonly know as 6122 Acacia Ave.,

    Oakland, California.

2. Such order, if entered, shall expressly recognize that nothing in such order purports to modify, limits, override, construe, interpret, or diminish the effect of that certain preliminary injunction entered by the United States District Court for the Northern District of California filed on November 22, 2006 in connection with that certain civil action pending in the United States District Court for the N.D. California docketed as *Securities & Exchange Commission v. Viper Capital Management, LLC, et al.* (Case No. C-06-6966-SI).

**WHEREFORE,** the Ehee requests that the Court enter an order authorizing the relief requested in this Motion

Respectfully submitted,

DATED: June 11, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

MotionHomesteadDec070518_01.doc 6/11/07 JDW

EHEE'S MOT. FOR ORDER AUTH. HOMESTEAD DEC.,    -2-
Case No. 07-40126T