1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California 94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4  E-Mail: jdw@jdwoodlaw.com

5  Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 06-6966 SI |
| Plaintiff, | (Related Case Nos. C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI) |
| vs. | (Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T) |
| VIPER CAPITAL MANAGEMENT, *et al.* | |
| Defendants. | **DECLARATION OF EDWARD EHEE IN SUPPORT OF EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION (ORIGINALLY FILED WITH U.S. BANKRUPTCY COURT ON JUNE 11, 2007)** |
| AND RELATED ACTIONS | |
| | Date: July 13, 2007<br>Time: 9:00 A.M.<br>Place: 450 Golden Gate Ave.<br>San Francisco, CA<br>Courtroom 10<br>Judge: Hon. Susan Illston |

The undersigned hereby refiles the attached document originally filed with the U.S. Bankruptcy Court N.D. Cal. on June 11, 2007.

DATED: June 26, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for Debtor EDWARD S. EHEE

DECLARATION OF EDWARD EHEE, No. C 06-6966 SI

1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California 94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4
   Attorney for Debtor Edward S. Ehee

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 07-40126T |
| EDWARD SEWON EHEE, | (Involuntary Chapter 7) |
| Debtor. | **DECLARATION OF EDWARD EHEE IN SUPPORT OF EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION** |
| | Hearing: |
| | Date:    July 5, 2007 |
| | Time:    3:00 P.M. |
| | Place:   1300 Clay Street |
| |          Oakland, CA |
| |          Courtroom 201 |
| | Judge:   Hon. Leslie J. Tchaikovsky |

EDWARD SEWON EHEE declares:

1.      I am the debtor in the above-captioned case.

///

///

DEC. OF EDWARD EHEE IN SUP. OF EHEE'S MOT. FOR
ORDER AUTH. HOMESTEAD DEC., Case No. 07-40126T

2.  Jennifer Ehee is my wife. Jennifer Ehee and I own the dwelling commonly known as 6122 Acacia Ave., Oakland, California. We have resided with our minor children at that property continuously at least since January 1, 2007.

I declare that the foregoing is true under penalty of perjury under the laws of the United States.

Executed on May 25, 2007.

/s/ Edward S. Ehee
_____
Edward S. Ehee

DEC. OF EDWARD EHEE IN SUP. OF EHEE'S MOT. FOR        -2-
ORDER AUTH. HOMESTEAD DEC., Case No. 07-40126T