James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-Mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, *et al.*<br><br>Defendants.<br><br>AND RELATED ACTIONS | No. C 06-6966 SI<br><br>(Related Case Nos. C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI)<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br>**CORRECTED PROOF OF SERVICE (ORIGINALLY FILED WITH U.S. BANKRUPTCY COURT ON JUNE 11, 2007)**<br><br>Date:   July 13, 2007<br>Time:  9:00 A.M.<br>Place:  450 Golden Gate Ave.<br>         San Francisco, CA<br>         Courtroom 10<br>Judge:  Hon. Susan Illston |

The undersigned hereby refiles the attached document originally filed with the U.S. Bankruptcy Court N.D. Cal. on June 11, 2007.

DATED: June 26, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for Debtor EDWARD S. EHEE

COR. PROOF OF SERVICE 6/11/07, No. C 06-6966 SI

1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California 94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4
   Attorney for Debtor Edward S. Ehee
5

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| In re | Case No. 07-40126T |
|---|---|
| EDWARD SEWON EHEE, | (Involuntary Chapter 7) |
| Debtor. | CORRECTED PROOF OF SERVICE |

PROOF OF SERVICE, Case No. 07-40126T

**AMENDED PROOF OF SERVICE/ CERTIFICATE OF SERVICE**

Court:   U.S. Bk. Court N.D. Cal., Oakland Div.

Case:    In re Edward Sewon Ehee, Case No. 07-40126T

Date of Service:    June 11, 2007

I, the undersigned say:

I am and was at the time of the service hereinafter mentioned a citizen of the United States, over the age of eighteen years and not a party to the within entitled action or proceeding.

I am the member of the Bar or employed by the member of the bar named below.  I am familiar with the regular mail collection and processing practices of the business.  The business address is:  James D. Wood, Attorney at Law, 3675 Mt. Diablo Blvd., Ste. 250, Lafayette, CA  94549-3775.

On the date shown above, I served a copy of the documents listed below or on the attached exhibit on the parties in this action either by placing a true copy thereof in envelope(s) addressed as shown below or on the attached exhibit and on the same day, pursuant to ordinary business practices, by then sealing said envelope and depositing same for collection and mailing, with postage thereon fully prepaid, with the United States Postal Service at Berkeley, California or by arranging for the alternative delivery mode described below.  There is delivery service by United States mail at the place so addressed and/or there is a regular communication by mail between the place of mailing and the place so addressed.

**Parties Served**

**Service by U.S. First Class Mail:**

U.S. Trustee :
Laurent Chen, Esq.
Office of the U.S. Trustee /Oak
1301 Clay St Ste 690n
Oakland, CA 94612-5231

Request for special notice in bankruptcy case
eCAST Settlement Corporation
POB 35480
Newark, NJ 07193-5480

Request for special notice in bankruptcy case 07-40126T
Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701

Pro se relief defendant in 06-06966:
Jennifer Ehee
6122 Acacia Ave.
Oakland, Ca  94618-1819

Pro se relief defendant in  06-06966:
Albert Ehee
8449 Canterberry Dr
Burr Ridge IL 60527-6954

Attorney for Trustee Lois I. Brady (Trustee for  Compass West, Bk. No. 07-40130:
Reidun Strømsheim
Strømsheim & Associates
201 California Street, Suite 350
San Francisco, California 94111-5038
Email: rstromsheim@stromsheim.com

Attorney for Roosevelt Fund in bankruptcy cases:
Richard C. Pedone
Nixon Peabody LLP
100 Summer St
Boston MA 02110-2131

Attorney for Roosevelt Fund in bankruptcy cases:
James S. Monroe
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996
(415) 984-8200
Email: jmonroe@nixonpeabody.com

Attorney for SEC, 06-06966:
John S. Yun
Securities & Exchange Commission
44 Montgomery St, Suite 2600
San Francisco, CA 94104-4691
415-705-2500
Fax: 415-705-2501
Email: yunj@sec.gov

Attorney for SEC, 06-06966:
Xavier Carlos Vasquez
Securities And Exchange Commission
44 Montgomery Street
Suite 1100
San Francisco, CA 94104-4691
(415) 705-2321
Fax: 415-705-2501
Email: vasquezc@sec.gov

Request for Special Notice (In re Ehee):
Alan S. Wolf, Esq.
The Wolf Firm, A Law Corporation
Attorneys for EMC Mortgage Corporation
38 Corporate Park
Irvine, CA 92606-5105
Email: alan.wolf@wolffirm.com

Attorney for Relief Defendant Robert Ehee in, 06-06966:
Thomas B. Mayhew
Farella Braun & Martel
235 Montgomery Street, 30th Fl.
San Francisco, CA 94104-3117
415/954-4400
Fax: (415) 954-4480
Email: tmayhew@fbm.com

PROOF OF SERVICE
Page 1

| | |
|---|---|
| Attorney for relief defendant Robert Ehee in 06-06966:<br>Arthur S. Greenspan, Esq.<br>Richards Kibbe & Orbe LLP<br>One World Financial Center<br>New York, NY 10281-1098<br>212-530-1816<br>Fax: 917-344-8816<br>Email: agreenspan@rkollp.com | Unsecured creditor list:<br>Tae Noh<br>6594 Gillis Drive<br>San Jose, CA 95120-4625 |
| Counsel for Messrs. Bradford and Garman:<br>Eliot A. Adelson<br>Kirkland & Ellis LLP<br>555 California St.<br>San Francisco, CA 94104<br>Email: eadelson@kirkland.com | Unsecured creditor list:<br>Ozcar Multi Strategies LLC<br>787 Seventh Avenue, 3rd Floor<br>New York, NY 10019-6146 |
| | Gov. agency listed in all bankruptcy cases:<br>Labor Commissioner<br>1515 Clay St.<br>Room 801<br>Oakland, CA 94612-1463 |
| Unsecured creditor list:<br>Betty Ferrero<br>800 Mainberry Drive, #505<br>Madera, CA 93637-3325 | Gov. agency listed in all bankruptcy cases:<br>U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3495 |
| Unsecured creditor list:<br>Richard Garman<br>1 Madrona Street<br>Belvedere, CA 94920 | State Board of Equalization<br>Collection Dept.<br>P.O. Box 942879-0001<br>Sacramento, CA 94279-0001 |

Document(s) Served

1. **DECLARATION OF EDWARD EHEE IN SUPPORT OF EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION**

3. **EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION**

4. **CORRECTED NOTICE OF HEARING ON EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION**

   (Previosuly filed NOTICE OF HEARING ON EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION not served)

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States of America on June 11, 2007.

/s/ James D. Wood

James D. Wood

POS01.doc 6/11/07 JDW