James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-Mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, *et al.*<br><br>Defendants.<br><br>AND RELATED ACTIONS | No. C 06-6966 SI<br><br>(Related Case Nos. C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI)<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br>**AMENDED NOTICE OF HEARING ON EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION**<br><br>Date:  July 13, 2007<br>Time:  9:00 A.M.<br>Place:  450 Golden Gate Ave.<br>        San Francisco, CA<br>        Courtroom 10<br>Judge:  Hon. Susan Illston |

**TO CREDITORS OF EDWARD EHEE AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT:**

    The date, time, and place of the hearing on **"EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION"** filed on June 11, 2007 with the United States Bankruptcy Court for the Northern District of California in

1  connection with the case captioned as *In re Edward Sewon Ehee*, U.S. Bk. Ct. Involuntary

2  Chapter 7 No. 07-40126T and previously served on parties in interest has been changed.

3        The United States District Court for the Northern District of California has assumed

4  jurisdiction over the foregoing involuntary bankruptcy case and certain related cases.  Therefore,

5  the hearing on the foregoing motion will now be held at the date, time, place and before the Judge

6  listed below, or as soon thereafter as the matter may be heard:

        **Date of Hearing: ....... July 13, 2007**

        **Time of Hearing: ..... 9:00 A.M.**

        **Place of Hearing: ..... 450 Golden Gate Ave.**
                             **San Francisco, CA**
                             **Courtroom 10**

        **Judge: ....................... Honorable Susan Illston,**
                             **United States District**
                             **Judge**

      Any response, opposition, or other papers relating to the foregoing motion or bankruptcy case should be filed under the case number captioned above (U.S. Dist. Ct. N.D. Cal. No. C 06-6966 S).  By order of the U.S. District Court, any such **response or opposition to the motion shall be filed and served on parties in interest no later than July 6, 2007**.

DATED: June 26, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

AmendedNoticeofHearingonMotionHomesteadDec070626_01.doc 6/26/07 JDW