1  James S. Monroe, Esq. (SBN 102328)
   NIXON PEABODY LLP
2  One Embarcadero Center, Suite 1800
   San Francisco, CA 94111-3996
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4  E-mail: jmonroe@nixonpeabody.com

5  Attorneys for Creditor, Roosevelt Fund, L.P.

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 SECURITIES AND EXCHANGE
   COMMISSION,
12         Plaintiff,                          Nos. C 06-06966 SI; and
                                               C 07-02507 SI; C 07-02508 SI;
13 v.                                          C 07-2509 SI

14 VIPER CAPITAL MANAGEMENT, LLC, et. al,      **NOTICE OF MOTION FOR JOINT**
   Defendants.                                 **ADMINISTRATION OF CASES**
15
                                               Date: July 13, 2007
16 and                                         Time: 9:00 a.m.
                                               Place: Courtroom 10
17 COMPASS WEST FUND, et al.,                  Judge: Hon. Susan Illston
   Relief Defendants.
18

19 In re:

20 EDWARD SEWON EHEE,

21         Debtor.

22

23 In re:

24 COMPASS FUND MANAGEMENT,

25         Debtor.

26 In re:

27 COMPASS WEST FUND L.P.,

28 Debtor.

NOTICE OF HEARING – CASE NO. 06-06966

10632303.1

1

2    TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

3         PLEASE TAKE NOTICE that on July 13, 2007, at 9:00 a.m., a hearing will be held on the

4    *Motion of Roosevelt Fund, L.P., as Petitioning Creditor, Pursuant to Rule 1015(b) of the Federal*

5    *Rules of Bankruptcy Procedure for Order Directing the Joint Administration of Chapter 7 Cases* (the

6    "Motion"), before the Honorable Susan Illston, United States District Court Judge, in Courtroom 10

7    located at the U.S. District Court, 450 Golden Gate Ave., San Francisco, CA 94102.

8         PLEASE TAKE FURTHER NOTICE that any opposition to the Motion must be filed and

9    served at least 5 days (July 6, 2007) before the hearing date.

10

11   Dated:  June 27, 2007                                Respectfully submitted,

12                                                        NIXON PEABODY LLP

13

14                                                        By:   /s/ James S. Monroe
                                                               James S. Monroe, Esq.
15                                                        Attorneys for Creditor,
                                                         Roosevelt Fund, L.P.

16

17

18

19

20

21

22

23

24

25

26

27

28