1  James S. Monroe, Esq. (State Bar Number: 102328)
   NIXON PEABODY LLP
2  Two Embarcadero Center, Suite 2700
   San Francisco, CA 94111-3996
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4  E-mail: jmonroe@nixonpeabody.com

5  Attorneys for Creditor, Roosevelt Fund, L.P.

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  SECURITIES AND EXCHANGE COMMISSION,<br>11       Plaintiff,<br>12  v.<br>13  VIPER CAPITAL MANAGEMENT, LLC, et. al,<br>14  Defendants.<br>15  and<br>16  COMPASS WEST FUND, et al.,<br>17  Relief Defendants. | Nos. C 06-06966 SI; and<br>C 07-02507 SI; C 07-02508 SI;<br>C 07-2509 SI<br><br>**[PROPOSED] ORDER ON MOTION FOR JOINT ADMINISTRATION AND REQUEST FOR A STATUS CONFERENCE**<br><br>Date: July 13, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 10<br>Judge: Hon. Susan Illston |
| 18<br>19  In re:<br>20  EDWARD SEWON EHEE,<br>21            Debtor. | |
| 22  In re:<br>23  COMPASS FUND MANAGEMENT,<br>24            Debtor. | |
| 25<br>26  In re:<br>27  COMPASS WEST FUND L.P.,<br>28  Debtor. | |

PROPOSED ORDER GRANTING MOTION FOR JOINT
ADMINISTRATION OF CASES – CASE NO. C 06-06966

10632343.1

1  Upon the motion ("Motion")[1] of Roosevelt Fund, L.P. ("Roosevelt Fund")[2] for entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an order directing the joint administration of the Chapter 7 Cases; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors and other parties in interest; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 175 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2); it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; notice of this Motion and the opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED:

1. The Motion is granted in its entirety.

2. Pursuant to Rule 1015(b) of the Bankruptcy Rules, the above captioned Chapter 7 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above captioned chapter 7 cases.

4. The caption of the jointly administered cases shall read as follows:

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et. al,<br>Defendants.<br><br>and<br><br>COMPASS WEST FUND, et al., | Nos. C 06-06966 SI; and<br>C 07-02507 SI; C 07-02508 SI;<br>C 07-2509 SI |

---

[1] Capitalized terms used but not otherwise defined shall have the meanings set forth in the Motion.

[2] Roosevelt Fund, L.P. was previously known as A.A.G. Roosevelt Fund, L.P. and its official corporate name was previously Anira Advisory Group Roosevelt Fund, L.P.

Relief Defendants.

| In re: | Bankr. Case No. 07-40126 |
|---|---|
| EDWARD SEWON EHEE, et al., | Jointly Administered |
| Debtors. | Chapter 7 |

5. That a docket entry shall be made in each of the above-captioned cases substantially as follows:

"An order has been entered in this case directing the procedural consolidation and joint administration of this chapter 7 case. The docket in Case No. 06-06966 should be consulted for all matters affecting these cases."

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. To the extent that any affiliates of the Debtors subsequently are subject to a chapter 7 proceeding, the relief granted pursuant to this Order shall apply to such debtors and their respective estates.

8. The Court retains jurisdiction with respect to all matter arising from or related to the implementation of this Order.

Dated: _____, 2007

_____
United States District Court Judge

PROPOSED ORDER GRANTING MOTION FOR JOINT
ADMINISTRATION OF CASES – CASE NO. C 06-06966                -3-                                           10632343.1