James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-Mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, *et al.*<br><br>Defendants.<br><br>AND RELATED ACTIONS | No. C 06-6966 SI<br><br>(Related Case Nos. C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI)<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br>**PROOF OF SERVICE (ORIGINALLY FILED WITH U.S. BANKRUPTCY COURT ON APRIL 26, 2007)**<br><br>Date:       July 13, 2007<br>Time:      9:00 A.M.<br>Place:      450 Golden Gate Ave.<br>                 San Francisco, CA<br>                 Courtroom 10<br>Judge:     Hon. Susan Illston |

The undersigned hereby refiles the attached document originally filed with the U.S. Bankruptcy Court N.D. Cal. on April 26, 2007.

DATED: June 27, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for Debtor EDWARD S. EHEE

1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California 94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4
   Attorney for Debtor Edward S. Ehee
5

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | In re | Case No. 07-40126T |
   | EDWARD SEWTON EHEE, | (Involuntary Chapter 7) |
12 | Debtor. | PROOF OF SERVICE |
13 | | [No Hearing Set] |

**PROOF OF SERVICE/ CERTIFICATE OF SERVICE**

Court:           U.S. Bankruptcy Court N.D. Cal., Oakland Div.

Case:            In re Edward Sewton Ehee, Case No. 07-40126T

Date of Service: April 26, 2007

I, the undersigned say:

I am and was at the time of the service hereinafter mentioned a citizen of the United States, over the age of eighteen years and not a party to the within entitled action or proceeding.

I am the member of the Bar or employed by the member of the bar named below.  I am familiar with the regular mail collection and processing practices of the business.  The business address is:  James D. Wood, Attorney at Law, 3675 Mt. Diablo Blvd., Ste. 250, Lafayette, CA  94549-3775.

On the date shown above, I served a copy of the documents listed below or on the attached exhibit on the parties in this action either by placing a true copy thereof in envelope(s) addressed as shown below or on the attached exhibit and on the same day, pursuant to ordinary business practices, by then sealing said envelope and depositing same for collection and mailing, with postage thereon fully prepaid, with the United States Postal Service at Half Moon Bay, California or by arranging for the alternative delivery mode described below.  There is delivery service by United States mail at the place so addressed and/or there is a regular communication by mail between the place of mailing and the place so addressed.

**Parties Served**

**Petitioning Creditor:**
James S. Monroe
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996

**U.S. Trustee :**
Office of the U.S. Trustee /Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

**Request for Special Notice:**
The Wolf Firm, A Law Corporation
Attorneys for EMC Mortgage Corporation
38 Corporate Park
Irvine, CA 92606

ECst Settlement Corporation
PO Box 35480
Newark, NJ 07193-5480

**Trustee for Compass West Fund:**
Lois I. Brady
PO Box 12754
Oakland, CA  94604

**Attorney for Trustee Lois I. Brady:**
Reidun Strømsheim
Stromsheim & Associates
201 California Street, Suite 350
San Francisco, California 94111

Document(s) Served

1.  EDWARD EHEE'S CONDITIONAL OPPOSITION TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION

2.  EDWARD EHEE'S OPPOSITION TO MOTION FOR JOINT ADMINISTRATION

I declare under penalty of perjury that the foregoing is true and correct.  Executed within the United States of America on April 26, 2007.

/s/ James D. Wood
_____
James D. Wood

POS01.doc 4/26/07 JDW

PROOF OF SERVICE
Page 1