James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-Mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, *et al.*<br><br>          Defendants.<br><br>AND RELATED ACTIONS | No. C 06-6966 SI<br><br>(Related Case Nos. C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI)<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br>**EDWARD EHEE'S CONDITIONAL OPPOSITION TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION (ORIGINALLY FILED WITH U.S. BANKRUPTCY COURT ON APRIL 26, 2007)**<br><br>Date:    July 13, 2007<br>Time:   9:00 A.M.<br>Place:   450 Golden Gate Ave.<br>            San Francisco, CA<br>            Courtroom 10<br>Judge:  Hon. Susan Illston |

The undersigned hereby refiles the attached document originally filed with the U.S. Bankruptcy Court N.D. Cal. on April 26, 2007.

DATED: June 27, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for Debtor EDWARD S. EHEE

EDWARD EHEE'S CONDITIONAL OPPOSITION TO
REQUEST FOR JUDICIAL NOTICE, No. C 06-6966 SI

1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California 94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4
   Attorney for Debtor Edward S. Ehee
5

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 07-40126T |
| EDWARD SEWTON EHEE, | (Involuntary Chapter 7) |
| Debtor. | EDWARD EHEE'S CONDITIONAL OPPOSITION TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION |
| | Hearing: |
| | Date:   May 3, 2007<br>Time:   3:00 P.M.<br>Place:  1300 Clay Street<br>        Oakland, CA<br>        Courtroom 201<br>Judge:  Hon. Leslie J. Tchaikovsky |

   EDWARD SEWTON EHEE, ("Ehee") conditionally opposes the "REQUEST FOR

JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JOINT ADMINISTRATION"" filed in

this case dated April 9, 2007 ("Jud. Notice Request") by ROOSEVELT FUND, L.P.

("Roosevelt") as follows:

   1.   Ehee does *not* opposed the Jud. Notice Request to the extent it is construed as

requesting only that the Court take judicial notice of the various case dockets referenced in the

request. However, such case dockets establish only that that the cases referenced thereby are

EDWARD EHHE'S CONDITIONAL OPPO. TO REQ. FOR
JUD. NOT., Case No. 07-40126T

pending and the documents referenced therein have been filed with the this Court or the U.S. District Court.

2. The existence of the case dockets alone most certainly does not authenticate the contents of any documents referenced in them nor establish any of the allegations set-forth in the documents filed with those courts. Most obviously, they do not either establish or evidence the allegations contained in the complaint filed by the SEC referred to in Exhibit C of the Jud. Notice Request.

3. Accordingly, Ehee opposes the request to the extent the Jud. Notice Request is construed as requesting the Court to treat the dockets in question or the documents referenced in such dockets as substantive evidence of any of any underlying fact referred to therein.

Respectfully submitted,

DATED: April 26, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

CondNonOpptoJudNot_Ehee070426_01.doc 4/26/07 JDW

EDWARD EHHE'S CONDITIONAL OPPO. TO REQ. FOR JUD. NOT., Case No. 07-40126T     -2-