

1  HELANE L. MORRISON (Cal. Bar No. 127752)
   JOHN S. YUN (Cal. Bar No. 112260)
2    yunj@sec.gov
   ROBERT S. LEACH (Cal Bar No. 196191)
3    leachr@sec.gov
   XAVIER CARLOS VASQUEZ (Cal. Bar No. 194644)
4    vasquezc@sec.gov

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, 26th Floor
   San Francisco, California 94104
7  Telephone:  (415) 705-2500

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  SECURITIES AND EXCHANGE COMMISSION,        Civil Action No.
                                               C-06-6966-SI
13              Plaintiff,
                                               (Related to Case Nos.
14       vs.                                   C 07-02507 SI
                                               C-07-02508 SI
15  VIPER CAPITAL MANAGEMENT, LLC,             C 07-02509 SI)
    COMPASS CAPITAL MANAGEMENT, LLC, and
16  EDWARD SEWON EHEE,
                                               CERTIFICATE OF SERVICE
17              Defendants,

18        and

19  COMPASS WEST FUND, LP, VIPER FOUNDERS
    FUND, LP, VIPER INVESTMENTS, ALBERT
20  EHEE, ROBERT EHEE and JENNIFER EHEE,

21              Relief Defendants.

22

23

        I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to
24
    this action.  On June 29, 2007, I served the following documents:
25

26      PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
        STATUS REPORT ON SETTLEMENT DISCUSSIONS
27

28

I served true and correct copies via **U.S. MAIL** addressed to the following:

Ismail Ramsey, Esq.
Ramsey & Ehrlich LLP
803 Hearst Ave.
Berkeley, CA  94710
Attorney for Defendants Viper Capital Management, LLC,
Compass Fund Management, LLC, and Edward Sewon Ehee and
Relief Defendants Compass West Fund, LP, Viper Founders Fund, LP and Viper Investments,
L.P.

Albert Ehee
8449 Canterberry Dr.
Burr Ridge , IL  60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA  94618-1819
Pro se relief defendant

Thomas B. Mayhew, Esq.
Farella Braun & Martel
235 Montgomery St., 30th Floor
San Francisco, Ca  94104-3117
Attorney for Relief Defendant Robert Ehee

Arthur  S.Greenspan, Esq.
Richards, Kibbe & Orbe LLP
One World Financial Center
New York, NY  10281-1098
Attorney for Relief Defendant Robert Ehee

James D. Wood
Attorney at Law
3675 Mt. Diablo Blvd., Suite 250
Lafayette, CA  94549-3775
Counsel for Debtor Edward Sewon Ehee

Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Ave.
New York, NY  10022-7001
Counsel for Petitioning Creditor Roosevelt Fund, L.P.

James S. Monroe, Esq.
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, Ca  94111-3996
Counsel for Petitioning Creditor Roosevelt Fund, L.P.

1  Richard C. Pedone, Esq.
   Nixon Peabody LLP
2  100 Summer St.
   Boston, MA 02110-2131
3  Counsel for Petitioning Creditor Roosevelt Fund, L.P.

4  Alan Steven Wolf, Esq.
   Daniel K. Fujimoto, Esq.
5  The Wolf Law Firm
   38 Corporate Park
6  Irvine, CA 92606-5105
   Attorney for Creditor EMC Mortgage Corporation
7
   Laurent Chen, Esq.
8  U.S. Dept. of Justice
   Office of the U.S. Trustee
9  1301 Clay St., Suite 690n
   Oakland, CA 94612-5231
10
   eCast Settlement Corporation
11 P.O. Box 35480
   Newark, NJ 07193-5480
12 Request for Special Notice in Bankruptcy Case

13 Eliot A. Adelson
   Kirkland & Ellis LLP
14 555 California St.
   San Francisco, CA 94104
15 Counsel for Messrs. Bradford and Garman

16 Reidun Stromsheim
   Law Offices of Reidun Stromsheim
17 201 California St., Ste. 350
   San Francisco, CA 94111-5936
18 Counsel for Trustee Lois I. Brady

19
   USBC Manager
20 United States Bankruptcy Court
   1300 Clay Street
21 P.O. Box 2070
   Oakland, CA 94612-2070
22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. C 06-6966 SI

Judge Leslie Tchaikovsky
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612-2070

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701
Request for special notice in bankruptcy case 07-40126T

Betty Ferrero
800 Mainberry Drive. #505
Madera, CA 93637-3325
Unsecured creditor list

Richard Garman
1 Madrona Street
Belvedere, CA 94920
Unsecured creditor list

Tae Noh
6594 Gillis Drive
San Jose, CA 95120-4625
Unsecured creditor list

Ozcar Multi Strategies LLC
787 Seventh Avenue, 3rd Floor
New York, NY 10019-6146
Unsecured creditor list

Labor Commissioner
1515 Clay St., Room 801
Oakland, CA 94612-1463
Gov. agency listed in all bankruptcy cases

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3495
Gov. agency listed in all bankruptcy cases

CERTIFICATE OF SERVICE
Case No. C 06-6966 SI

1  State Board of Equalization
   Collection Dept.
2  P.O. Box 942879-0001
   Sacramento, CA  94279-0001
3

4  I declare under penalty of perjury that the foregoing is true and correct.

5  Executed at San Francisco, California on June 29, 2007.

6

7                          *Janet L. Johnston*
                           Janet L. Johnston
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. C 06-6966 SI