1  Paul J. Byrne, Esq. (State Bar Number: 190860)
   NIXON PEABODY LLP
2  One Embarcadero Center, Suite 1800
   San Francisco, CA 94111-3996
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4  E-mail: pbyrne@nixonpeabody.com

5  Richard Pedone (*Admitted Pro Hac Vice*)
   NIXON PEABODY LLP
6  100 Summer Street
   Boston, MA  02110-2131
7  Tel:  (617) 345-1000
   Fax: (617) 345-1300
8  E-Mail:  rpedone@nixonpeabody.com

9  Attorneys for Creditor, Roosevelt Fund, L.P.

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     (San Francisco Division)
12

| | |
|---|---|
| 13  SECURITIES AND EXCHANGE COMMISSION, | Nos. C 06-06966 SI; 06-07270 SI and C 07-02507 SI; C 07-02508 SI; C 07-02509 SI |
| 14                                    Plaintiff, | |
| 15              v. | **CERTIFICATE OF SERVICE** |
| 16  VIPER CAPITAL MANAGEMENT, LLC, et. al, | |
| 17                                    Defendants. | |
|           and | |
| 18 | |
| 19  COMPASS WEST FUND, et al., | |
|                          Relief Defendants. | |
| 20  In re: | |
| 21  EDWARD SEWON EHEE, | |
|                          Debtor. | |
| 22  In re: | |
| 23  COMPASS FUND MANAGEMENT, | |
|                          Debtor. | |
| 24 | |
| 25  In re: | |
|     COMPASS WEST FUND L.P., | |
| 26                          Debtor. | |

27

28

PROOF OF SERVICE - CASE NO. C-06-6966-SI AND                                    10634326.1
RELATED CASES

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is One Embarcadero Center, 18th Floor, San Francisco, California 94111. On this date, I served the following document(s):

**ROOSEVELT FUND'S OPPOSITION TO EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ :   <u>By First-Class Mail</u> — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

__X__ :   <u>By Electronic Service</u> — Under the normal course of business, copies of the above documents were transmitted electronically by the Court.

<u>Addressee(s)</u>

<table>
<tr><td>Edward Sewon Ehee<br>6122 Acacia Avenue<br>Oakland, CA 94618</td><td>Jennifer Ehee<br>6122 Acacia Avenue<br>Oakland, CA 94618</td></tr>
<tr><td>Albert Ehee<br>c/o Andrew Ehee<br>8449 Canteberry Drive<br>Burr Ridge, Illinois 60527</td><td></td></tr>
</table>

PROOF OF SERVICE - CASE NO. C-06-6966-SI AND RELATED CASES

-2-

10634326.1

1

2
Alan Steven Wolf, Esq.
Danile K. Fujimoto, Esq.
The Wolf Law Firm
38 Corporate Park
Irvine, CA 92606

3

4

Arthur Greenspan, Esq.
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281-1003

5

6
Thomas B. Mayhew, Esq.
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery St., 30th Flr.
San Francisco, CA 94104

7

8

COMPASS WEST FUND, L.P.
c/o Edward Sewon Ehee,
its agent for service of process
6122 Acacia Avenue
Oakland, CA 94618

9

10
COMPASS FUND MANAGEMENT, LLC
c/o Edward Sewon Ehee,
its agent for service of process
6122 Acacia Avenue
Oakland, CA 94618

11

12

VIPER CAPITAL MANAGEMENT, LLC
c/o Edward Sewon Ehee,
its agent for service of process
6122 Acacia Avenue
Oakland, CA 94618

13

14
VIPER FOUNDERS FUND. L.P.
c/o Edward Sewon Ehee,
its agent for service of process
6122 Acacia Avenue
Oakland, CA 94618

15

16

James D. Wood
Law Offices of James D. Wood
3675 Mt. Diablo Blvd., #250
Lafayette, CA 94549

17

18
Ismail Jomo Ramsey
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, CA 94710

19

20

Laurent Chen, Esq.
U.S. Dept. of Justice
Office of the US Trustee
1301 Clay St., Suite 690n
Oakland, CA 94612

21

22
eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193

23

Eliot A. Andelson
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

24

25

26

27

28

1

2    Reidun Stromsheim                          USBC Manager
     Law Office of Reidun Stromshein            United States Bankruptcy Court
3    201 California St., Ste. 350               1300 Clay Street
     San Francisco, CA  94111                   P.O. box 2070
4                                               Oakland, CA  94612

5    Helane L. Morrison
     John S. Yun
6    Robert S. Leach                            Judge Leslie Tchaikovsky
     Xavier Carlos Vasquez                      United States Bankruptcy Court
7    SECURITIES AND EXCHANGE                    1300 Clay Street
     COMMISSION                                 P.O. Box 2070
8    44 Montgomery St., 26th Floor              Oakland, CA 94612
     San Francisco, CA  94104
9

10   Gilbert B. Weisman
     Becket and Lee                             Betty Ferrero
11   P.O. Box 3001                              800 Mainberry Drive, #505
     Malvern, PA  19355                         Madera, CA  93637
12

13

14
     Richard Garman                             Tae Noh
15   1 Madrona Street                           6594 Gillis Drive
     Belvedere, CA  94920                       San Jose, CA  95120
16

17

18
     Ozcar Multi Strategies LLC                 Labor Commissioner
19   787 Seventh Ave., 3rd Floor                1515 Clay Street, Room 801
     New York, NY  10019                        Oakland, CA  94612
20

21

22   U.S. Attorney                              State Board of Equalization
     Civil Division                             Collection Dept.
23   450 Golden Gate Ave.                       P.O. Box 942879-0001
     San Francisco, CA  94102                   Sacramento, CA  94279
24

25
         I declare under penalty of perjury that the foregoing is true and correct. Executed on
26
     July 6, 2007, at San Francisco, California.
27

28                                             _____
                                                        Carol C. Dowling

PROOF OF SERVICE - CASE NO. C-06-6966-SI AND          -4-                              10634326.1
RELATED CASES