HELANE L. MORRISON (Cal. Bar No. 127752)
JOHN S. YUN (Cal. Bar No. 112260)
yunj@sec.gov
ROBERT S. LEACH (Cal Bar No. 196191)
leachr@sec.gov
XAVIER CARLOS VASQUEZ (Cal. Bar No. 194644)
vasquezc@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>VIPER CAPITAL MANAGEMENT, LLC, COMPASS CAPITAL MANAGEMENT, LLC, and EDWARD SEWON EHEE,<br><br>Defendants,<br><br>and<br><br>COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, ALBERT EHEE, ROBERT EHEE and JENNIFER EHEE,<br><br>Relief Defendants. | Civil Action No. C-06-6966-SI<br><br>(Related to Case Nos. C 07-02507 SI C-07-02508 SI C 07-02509 SI)<br><br>CERTIFICATE OF SERVICE |

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to this action. On July 6, 2007, I served the following documents:

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATEMENT OF NON-OPPOSITION TO EDWARD EHEE'S APPLICATION TO FILE HOMESTEAD DECLARATION**

I served true and correct copies via **U.S. MAIL** addressed to the following:

Ismail Ramsey, Esq.
Ramsey & Ehrlich LLP
803 Hearst Ave.
Berkeley, CA 94710
Attorney for Defendants Viper Capital Management, LLC,
Compass Fund Management, LLC, and Edward Sewon Ehee and
Relief Defendants Compass West Fund, LP, Viper Founders Fund, LP and Viper Investments, L.P.

Albert Ehee
8449 Canterberry Dr.
Burr Ridge , IL 60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618-1819
Pro se relief defendant

Thomas B. Mayhew, Esq.
Farella Braun & Martel
235 Montgomery St., 30th Floor
San Francisco, Ca 94104-3117
Attorney for Relief Defendant Robert Ehee

Arthur S.Greenspan, Esq.
Richards, Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281-1098
Attorney for Relief Defendant Robert Ehee

James D. Wood
Attorney at Law
3675 Mt. Diablo Blvd., Suite 250
Lafayette, CA 94549-3775
Counsel for Debtor Edward Sewon Ehee

Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Ave.
New York, NY 10022-7001
Counsel for Petitioning Creditor Roosevelt Fund, L.P.

James S. Monroe, Esq.
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, Ca 94111-3996
Counsel for Petitioning Creditor Roosevelt Fund, L.P.

Richard C. Pedone, Esq.
Nixon Peabody LLP
100 Summer St.
Boston, MA 02110-2131
Counsel for Petitioning Creditor Roosevelt Fund, L.P.

Alan Steven Wolf, Esq.
Daniel K. Fujimoto, Esq.
The Wolf Law Firm
38 Corporate Park
Irvine, CA 92606-5105
Attorney for Creditor EMC Mortgage Corporation

Laurent Chen, Esq.
U.S. Dept. of Justice
Office of the U.S. Trustee
1301 Clay St., Suite 690n
Oakland, CA 94612-5231

eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480
Request for Special Notice in Bankruptcy Case

Eliot A. Adelson
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104
Counsel for Messrs. Bradford and Garman

Reidun Stromsheim
Law Offices of Reidun Stromsheim
201 California St., Ste. 350
San Francisco, CA 94111-5936
Counsel for Trustee Lois I. Brady

USBC Manager
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612-2070

Judge Leslie Tchaikovsky
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612-2070

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701
Request for special notice in bankruptcy case 07-40126T

Betty Ferrero
800 Mainberry Drive. #505
Madera, CA 93637-3325
Unsecured creditor list

Richard Garman
1 Madrona Street
Belvedere, CA 94920
Unsecured creditor list

Tae Noh
6594 Gillis Drive
San Jose, CA 95120-4625
Unsecured creditor list

Ozcar Multi Strategies LLC
787 Seventh Avenue, 3rd Floor
New York, NY 10019-6146
Unsecured creditor list

Labor Commissioner
1515 Clay St., Room 801
Oakland, CA 94612-1463
Gov. agency listed in all bankruptcy cases

U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3495
Gov. agency listed in all bankruptcy cases

State Board of Equalization
Collection Dept.
P.O. Box 942879-0001
Sacramento, CA 94279-0001

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on July 6, 2007.

Janet L. Johnston