IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD SEWON EHEE,<br><br>    Defendant. | No. C 07-02507SI<br>**C-07-2508 SI AND C-07-2509 SI**<br><br>**NOTICE** of termination of cases |

To All Parties:

**YOU ARE HEREBY NOTIFIED THAT** upon granting the motion to withdraw the bankruptcy references, case numbers C-07-2507, C-07-2508, and C-07-2509 were fully resolved, and will therefore now be closed. The Court will provide the bankruptcy court with a copy of the Order withdrawing the bankruptcy refereces. Thereafter, the bankruptcy court will transfer the bankruptcy cases to this Court, and the transfered cases will be given new case numbers.

Dated: July 19, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk