UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　Plaintiff(s),<br>　　v.<br>VIPER CAPITAL MGMT., LLC, et al.,<br>　　　　Defendant(s).<br>and related cases | No. C06-6966 SI (BZ)<br>and related cases:<br>C06-7270 SI (BZ)<br>C07-2507 SI (BZ)<br>C07-2508 SI (BZ)<br>C07-2509 SI (BZ)<br><br>**ORDER** |

**IT IS ORDERED** that a further telephone conference to discuss the status of a global settlement is scheduled for **September 4, 2007 at 1:30 p.m.** Mr. Pedone shall get counsel for all interested parties on the line and call the court at **415-522-4093**.

Dated: July 27, 2007

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\SEC.VIPER\TEL.CONF.REGLOBAL.SETT.wpd

1