1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California 94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4  E-mail: jdw@jdwoodlaw.com

5  Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et al.,<br><br>          Defendants,<br><br>and<br><br>COMPASS WEST FUND, et al.,<br><br>          Relief Defendants. | No. C 06-06966 SI and 06-7270 SI; 07-02507 SI; 07-02508 SI; 07-02509 SI<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br><br>EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY<br><br>**[No Hearing Scheduled]**<br><br>(Local Bankruptcy Rule 9014-1(b)(3)) |
| In re:<br><br>EDWARD SEWON EHEE, et al.,<br><br>          Debtors. | |

EHEE'S MOT. FOR ORDER AUTH. SALE OF PROP.,
No. C 06-06966 SI

EDWARD SEWON EHEE ("Ehee"), moves as follows:

## RELIEF REQUESTED

By this Motion Ehee, as debtor in *In re Ehee*, one of the above-referenced bankruptcy cases, requests entry of an order authorizing him to sell that certain real property commonly know as 6122 Acacia Ave., Oakland, California under 11 U.S.C. Sect. 363. The sale shall be made substantially in accordance with the "Residential Purchase Agreement and Joint Escrow Instructions" attached to the declartion of Edward Ehee filed contemporaneously herewith such extensions of closing deadlines as the parties may execute. The sale shall be subject to the following:

1. The purchase price shall be $1,345,000;

2. Closing shall occur within 14 days of the entry of the order approving the sale unless both parties agree to an extension of such deadline;

3. Normal and regular closing costs, all valid liens and encumbrances, and real estate commissions shall be paid from escrow;

4. Proceeds of the sale net of such costs, commissions, and liens shall paid into the registry of the Court;

5. Ehee shall comply with paragraph IV of the Preliminary Injunction issued by this Court on November 22, 2006; and

6. Ehee shall be authorized to modify the terms of the sale or sell to a different buyer so long as the terms of such sale are not less favorable to the seller than those set-forth above and Ehee otherwise complies with paragraph IV of the Preliminary Injunction with respect to any such proposed modification or alternative buyer.

7. The Court shall waive the 10 day stay of the order approving the sale to the extent otherwise applicable under Fed.R.Bankr.P. 6004(g).

**WHEREFORE,** the Ehee requests that the Court enter an order authorizing the relief requested in this Motion

Respectfully submitted,

DATED: September 13, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

MotionHomesteadDec070518_01.doc 9/13/07 JDW

EHEE'S MOT. FOR ORDER AUTH. SALE OF PROP.,          -3-
No. C 06-06966 SI