James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et al.,<br><br>  Defendants,<br><br>and<br><br>COMPASS WEST FUND, et al.,<br><br>  Relief Defendants.<br><br>In re:<br><br>EDWARD SEWON EHEE, et al.,<br><br>Debtors. | No. C 06-06966 SI and 06-7270 SI; 07-02507 SI; 07-02508 SI; 07-02509 SI<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY**<br><br>**[No Hearing Scheduled]**<br><br>(Local Bankruptcy Rule 9014-1(b)(3)) |

NOT. OF OPT. OBJ. AND OF TENTATIVE HEARING ON
EHEE'S MOT. FOR ORDER AUTH. SALE OF PROP.,
No. C 06-06966 SI

TO CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE contemporaneously herewith Debtor Edward Ehee has filed and served contemporaneously herewith:

**"EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY"**

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California (applicable to the United States District Court in this bankruptcy case as Bankruptcy Local Rule 9014-1(b)(3) of the United States District Court for the Northern District of California):

**Any objection to the requested relief or request for a hearing thereon must be filed and served upon the moving party at the address listed above within 20 days of mailing of this notice;**

**Any objection must be accompanied by any declarations or memorandum of law the party objecting and requesting hearing wishes to present in support of its position; and**

**IF THERE IS NOT A TIMELY OBJECTION TO THE REQUESTED RELIEF OR A REQUEST FOR HEARING, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF BY DEFAULT AND WILL NOT CONDUCT A HEARING.**

**Ehee will give at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.**

Respectfully submitted,

DATED: September 13, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

NOT. OF OPT. OBJ. AND OF TENTATIVE HEARING ON         -2-
EHEE'S MOT. FOR ORDER AUTH. SALE OF PROP.,
No. C 06-06966 SI