James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663

Attorney for Debtor Edward S. Ehee

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> VIPER CAPITAL MANAGEMENT, LLC, et al., <br><br> Defendants, <br><br> and <br><br> COMPASS WEST FUND, et al., <br><br> Relief Defendants. | No. C 06-06966 SI and 06-7270 SI; 07-02507 SI; 07-02508 SI; 07-02509 SI <br><br> (Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T) <br><br><br> PROOF OF SERVICE <br><br> **[No Hearing Scheduled]** |
| In re: <br><br> EDWARD SEWON EHEE, et al., <br><br> Debtors. | |

PROOF OF SERVICE, No. C 06-06966 SI

**PROOF OF SERVICE/ CERTIFICATE OF SERVICE**

Court:   U.S. Dist. Court N.D. Cal., San Francisco Div.

Case:   Securities And Exchange Commission, vs. Viper Capital Management, et al. and related actions, Case Nos. C 06-6966 SI, C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI (This filing relates to *In re Ehee*, Invol. Bankruptcy)

Date of Service:     September 13, 2007

I, the undersigned say:

I am and was at the time of the service hereinafter mentioned a citizen of the United States, over the age of eighteen years and not a party to the within entitled action or proceeding.

I am the member of the Bar or employed by the member of the bar named below.  I am familiar with the regular mail collection and processing practices of the business.  The business address is:  James D. Wood, Attorney at Law, 3675 Mt. Diablo Blvd., Ste. 250, Lafayette, CA  94549-3775.

On the date shown above, I served a copy of the documents listed below or on the attached exhibit on the parties in this action either by placing a true copy thereof in envelope(s) addressed as shown below or on the attached exhibit and on the same day, pursuant to ordinary business practices, by then sealing said envelope and depositing same for collection and mailing, with postage thereon fully prepaid, with the United States Postal Service at Half Moon Bay, California or by arranging for the alternative delivery mode described below.  There is delivery service by United States mail at the place so addressed and/or there is a regular communication by mail between the place of mailing and the place so addressed.

**Parties Served**

**Service by U.S. First Class Mail:**

U.S. Trustee :
Laurent Chen, Esq.
Office of the U.S. Trustee /Oak
1301 Clay St Ste 690n
Oakland, CA 94612-5231

Request for special notice in bankruptcy case
eCAST Settlement Corporation
POB 35480
Newark, NJ 07193-5480

Request for special notice in bankruptcy case 07-40126T
Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701

Pro se relief defendant in 06-06966:
Jennifer Ehee
6122 Acacia Ave.
Oakland, Ca  94618-1819

Pro se relief defendant in  06-06966:
Albert Ehee
8449 Canterberry Dr
Burr Ridge IL 60527-6954

Attorney for Trustee Lois I. Brady (Trustee for Compass West Fund C07-2509SI):
Reidun Strømsheim
Strømsheim & Associates
201 California Street, Suite 350
San Francisco, California 94111-5038
Email: rstromsheim@stromsheim.com

Attorney for Roosevelt Fund in bankruptcy cases:
Richard C. Pedone
Nixon Peabody LLP
100 Summer St
Boston MA 02110-2131

Attorney for Roosevelt Fund in bankruptcy cases:
James S. Monroe
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996
(415) 984-8200
Email: jmonroe@nixonpeabody.com

Attorney for SEC, 06-06966:
John S. Yun
Securities & Exchange Commission
44 Montgomery St, Suite 2600
San Francisco, CA 94104-4691
415-705-2500
Fax: 415-705-2501
Email: yunj@sec.gov

Request for Special Notice (In re Ehee):
Alan S. Wolf, Esq.
The Wolf Firm, A Law Corporation
Attorneys for EMC Mortgage Corporation
38 Corporate Park
Irvine, CA 92606-5105
Email: alan.wolf@wolffirm.com

Attorney for Relief Defendant Robert Ehee in, 06-06966:
Thomas B. Mayhew
Farella Braun & Martel
235 Montgomery Street, 30th Fl.
San Francisco, CA 94104-3117
415/954-4400
Fax: (415) 954-4480
Email: tmayhew@fbm.com

Attorney for Trustee Paul Jordan Mansdorf (Trustee for Compass Fund Management C07-2507SI:
Barry Milgrom
121 Spear Street
Suite 200
San Francisco, CA 94105-1582
Email: bmilgrom@luce.com

Attorney for relief defendant Robert Ehee in 06-06966:
Arthur S. Greenspan, Esq.
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281-1098
212-530-1816
Fax: 917-344-8816
Email: agreenspan@rkollp.com

Counsel for Messrs. Bradford and Garman:
Eliot A. Adelson
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104
Email: eadelson@kirkland.com

Unsecured creditor list:
Betty Ferrero
800 Mainberry Drive, #505
Madera, CA 93637-3325

Unsecured creditor list:
Richard Garman
1 Madrona Street
Belvedere, CA 94920

Unsecured creditor list:
Tae Noh
6594 Gillis Drive
San Jose, CA 95120-4625

Unsecured creditor list:
Ozcar Multi Strategies LLC
787 Seventh Avenue, 3rd Floor
New York, NY 10019-6146

Gov. agency listed in all bankruptcy cases:
Labor Commissioner
1515 Clay St.
Room 801
Oakland, CA 94612-1463

Gov. agency listed in all bankruptcy cases:
U.S. Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3495

Gov. agency listed in all bankruptcy cases:
State Board of Equalization
Collection Dept.
P.O. Box 942879-0001
Sacramento, CA 94279-0001

Document(s) Served

**NOTICE AND OPPORTUNITY FOR HEARING ON EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY**

**EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY**

**DECLARATION OF EDWARD EHEE IN SUPPORT OF IN SUPPORT OF EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY**

I declare under penalty of perjury that the foregoing is true and correct.  Executed within the United States of America on September 13, 2007.

/s/ James D. Wood

James D. Wood

POS01.doc 9/13/07 JDW